I Ask the Courts for a Speedy trial here at the Western District Courts federal Building for a Speedy trial of this Civil Courts Process

Jarvis Bittle