UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:23-cv-156-RJC-DSC

| | |
|---|---|
| JARVIS BERNARD BITTLE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| OUTBACK STEAK HOUSE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on the Plaintiff's *pro se* Complaint [Doc. 1] and Application to Proceed in District Court Without Prepaying Fees and Costs [Doc. 2].

The *pro se* Plaintiff is subject to a pre-filing review system in this Court due to his filing of numerous frivolous actions. See Bittle v. Go Tires Auto Repair, No. 3:22-cv-626-RJC-DSC, 2022 WL 17980026, at *1 (W.D.N.C. Dec. 28, 2022); Bittle v. El Owl, No. 3:22-cv-627-FDW-DCK, 2022 WL 17839805, at *1 (W.D.N.C. Dec. 21, 2022) Bittle v. N. Carolina Div. of Emp. Sec., No. 3:22-cv-628-RJC-DSC, 2022 WL 17980027, at *2 (W.D.N.C. Dec. 28, 2022). The pre-filing review system provides that "documents submitted by the Plaintiff in the future, whether in this case or in any other action filed in this District, will be pre-screened by the Court for content. Any proposed filings that are not made in good faith or which lack substance or merit will be returned to the Plaintiff without further explanation." Id. The Complaint in the instant action is wholly frivolous and devoid of merit. Accordingly, the Application to proceed *in forma pauperis* is denied and this action is dismissed pursuant to the pre-filing review system.

**IT IS, THEREFORE, ORDERED that:**

(1) The Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs [Doc. 2] is **DENIED.**

(2) This action is **DISMISSED** pursuant to the pre-filing review system that was entered in Case Nos. 3:22-cv-626-RJC-DSC, 3:22-cv-627-FDW-DCK, 3:22-cv-628-RJC-DSC.

(3) The Clerk is respectfully instructed to close this case, and to return the Complaint and Application to Proceed in District Court Without Prepaying Fees or Costs to the Plaintiff along with a copy of this Order.

Signed: March 19, 2023

Robert J. Conrad, Jr.
United States District Judge